ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :     INFORMATION

    - v. -                                :     15 Cr.

STACIE MELEIKA SMITH,              :     **15 CRIM 376**

          Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The United States Attorney charges:

1. From at least in or about November 2013, up to and including at least in or about December 2013, STACIE MELEIKA SMITH, the defendant, together with others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, the obstruction of mail, in violation of Title 18, United States Code, Section 1701.

2. It was a part and an object of the conspiracy that STACIE MELEIKA SMITH, the defendant, together with others known and unknown, would and did obstruct and retard the passage of the mail, in violation of Title 18, United States Code, Section 1701.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 17 2015

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 4, 2013, STACIE MELEIKA SMITH, the defendant, opened a checking account under a false name at a bank in New York, New York.

    b. On or about December 5, 2013, a co-conspirator not named herein deposited a check stolen from the mail into the checking account opened by SMITH, at a bank in Huntington Station, New York.

(Title 18, United States Code, Section ~~1701~~ 371.) JE DH SS

_____
PREET BHARARA
United States Attorney

**Deft.** pres. with attorney ______________________________

**AUSA**______________ Court Reporter______________

Interpreter pres/not pres. Deft. withdraws plea of not guilty & enters a plea

of guilty to count(s)______ PSI Ordered. Sentence __________,

Bail __________________________________________.

**Mag. Judge**__________ recommends Judge ______________,

accept the guilty plea.